Kirk A. Pasich (94242)
pasichk@dicksteinshapiro.com
Fiona Chaney (227725)
chaneyf@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiff ADVENT, INC.,
a California corporation

Kevin G. McCurdy (SBN 115083)
kevin.mccurdy@mccurdylawyers.com
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599

Attorneys for Defendant NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA., a Pennsylvania corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADVENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. CV-13-0561 LHK<br><br>Hon. Lucy H. Koh<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS AND FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  January 3, 2013 |

1  WHEREAS, plaintiff Advent, Inc. ("Advent") filed a complaint against defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") alleging causes of action for declaratory relief and breach of contract in the Superior Court of California for the County of Santa Clara;

WHEREAS, National Union filed a Notice of Removal of Action (Doc. 1) on or about February 7, 2013;

WHEREAS, National Union filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint (Doc. 10) on or about February 14, 2013, with a scheduled hearing date of July 11, 2013;

WHEREAS, Advent and National Union (collectively referred to herein as the "Parties"), met and conferred on February 20, 2013, regarding National Union's Motion to Dismiss;

WHEREAS, National Union filed an Amended Notice of Motion and Motion to Dismiss Plaintiff's Breach of Contract Cause of Action (Doc. 14) on or about February 20, 2013;

WHEREAS, the Parties have further met and conferred to resolve issues relating to Advent's breach of contract cause of action amicably and to minimize any burden on this Court:

NOW, THEREFORE, IT IS STIPULATED by and between Advent and National Union, through their counsel of record, that:

1. Advent shall file a First Amended Complaint, which contains only a single cause of action for declaratory relief;

2. Advent's withdrawal of its cause of action for breach of contract is done without prejudice to Advent's right to later assert this cause of action and the cause of action for breach of contract shall be deemed to be dismissed without prejudice; and

///
///
///
///
///
///
///

**DICKSTEIN SHAPIRO LLP**

-2-
STIPULATION AND [~~PROPOSED~~] ORDER RE MOTION TO DISMISS AND FIRST AMENDED COMPLAINT
DOCSLA-107981

3.  National Union shall withdraw its Amended Notice of Motion and Motion to Dismiss Plaintiff's Breach of Contract Cause of Action.

DATED: March 5, 2013     DICKSTEIN SHAPIRO LLP

By:  /s/ Fiona A. Chaney
 Fiona A. Chaney
 Attorneys for ADVENT, INC.

DATED: March 5, 2013     MCCURDY & FULLER LLP

By:  /s/ Kevin P. McCurdy
 Kevin P. McCurdy
 Attorneys for NATIONAL UNION FIRE
 INSURANCE COMPANY OF PITTSBURGH,
 PA., a Pennsylvania corporation

**IT IS SO ORDERED.**  In light of this Order, the hearing on Defendants' Motion to Dismiss, currently scheduled for July 11, 2013, is hereby VACATED.

DATED:  March 5    , 2013     _____
 HONORABLE LUCY H. KOH

**PROOF OF SERVICE VIA E-MAIL**
*Advent, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA*
**Case No. CV13-0561 LHK**

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 700, Los Angeles, California 90067.

    On March 5, 2013, I served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE
MOTION TO DISMISS AND FIRST AMENDED COMPLAINT**

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Kevin G. McCurdy, Esq.<br>McCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025 | *Attorneys for Defendant* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation<br>Telephone: (650) 618-3500<br>Facsimile: (650) 618-3599<br>Email: kevin.mccurdy@mccurdylawyers.com |

☒   **BY E-MAIL VIA PDF FILE**: By transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error and/or the documents were served electronically through the court's CM/ECF system.

    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on March 5, 2013, at Los Angeles, California.

                            /s/ Cindy Price
                                Cindy Price